UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY DEWON ROGERS,

        Plaintiff,        Case No. 2:24-cv-11304
                                  Hon. Denise Page Hood

v.

JEFF TANNER,

        Defendant.
_____/

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR SERVICE (ECF NO. 9) AND DIRECTING PLAINTIFF TO INFORM COURT BY APRIL 30, 2025 WHETHER HE WISHES TO PROCEED WITH CASE**

      Plaintiff Rodney Dewon Rogers moves to have his civil rights complaint served on Defendant. (ECF No. 9.) The case, however, was stayed prior to service under the Court's pro se prisoner mediation program. (ECF No. 12.)

      Mediation was scheduled to take place on January 14, 2025. The conference did not occur when Plaintiff claimed that his documents had been stolen. Plaintiff also indicated that he was scheduled to be released from prison, and he was unsure whether he wanted to reschedule mediation and proceed with the case.

      On January 24, 2025, a change of address for Plaintiff was filed, indicating a new address at the Bellamy Creek Correctional Facility. (ECF

No. 18, PageID.131.) Meanwhile, the MDOC website indicates that Plaintiff was subsequently released from custody on January 16, 2025.

Accordingly,

IT IS ORDERED that Plaintiff's motion for service is **DENIED WITHOUT PREJUDICE**.

IT IS FURTHER ORDERED that Plaintiff must inform the Court **by April 30, 2025** whether he wishes to proceed with this action. Failure to respond may result in dismissal of the action.

s/Denise Page Hood  
Denise Page Hood  
United States District Court

Dated:  March 31, 2025